# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD. and LTS LOHMANN THERAPIE-SYSTEME AG | |
| Plaintiffs, | C.A. No. _____ |
| v. | |
| ALVOGEN PINE BROOK, INC. and ALVOGEN GROUP, INC. | |
| Defendants. | |

## SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)

Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice:   November 26, 2012

Date of Expiration of Patent(s):   6,316,023 B1 (January 8, 2019)
                                    6,335,031 B1 (January 8, 2019)

Thirty-Month Stay Deadline:   May 26, 2015


January 4, 2013                         /s/ Daniel M. Silver  (# 4758)
Date                                    Attorney(s) for Plaintiff

ME1 14623751v.1