IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD. and LTS LOHMANN THERAPIE-SYSTEME AG<br><br>Plaintiffs,<br><br>v.<br><br>ALVOGEN PINE BROOK, INC. and ALVOGEN GROUP, INC.<br><br>Defendants. | C.A. No. 1:13-CV-00052-RGA<br>(consolidated)<br><br><s>CONFIDENTIAL</s> – SEALED <s>PURSUANT TO PROTECTIVE ORDER</s> |

### [~~PROPOSED~~] SEALED ORDER

IT IS HEREBY ORDERED this 3rd day of Oct, 2013 that Plaintiffs' request for the production of the following materials is GRANTED:

| Items To Produce |
|---|
| 5 g ▓▓▓▓▓▓▓▓▓▓ in a screw-top glass container. |
| ~~500 g~~ 20g ▓▓▓▓▓▓▓▓▓▓ in a screw-top glass container. |
| 500 g ▓▓▓▓▓▓▓▓▓▓ in a screw-top glass container. |
| 500 g ▓▓▓▓▓▓▓▓▓▓ in a screw-top glass container. |
| 20 g rivastigmine in a screw-top glass container. |
| 5 square meters ▓▓▓▓▓▓▓▓▓▓ |
| 5 square meters ▓▓▓▓▓▓▓▓▓▓ |
| 5 square meters ▓▓▓▓▓▓▓▓▓▓ |
| ~~1 kg~~ 20g ▓▓▓▓▓▓▓▓▓▓ in a screw-top glass container. |

MEI 16519945v.1



| Items To Produce | |
|---|---|
| 20g | ~~1kg~~ ▮▮▮ in a screw-top glass container. |
| 20g | ~~1kg~~ ▮▮▮ in a screw-top glass container. |
| 100 | ~~400~~ patches from each of the three ANDA-listed batches ▮▮▮ of the 4.6 mg/24 hr ANDA Product. |
| 100 | ~~200~~ patches from each of the three ANDA-listed batches ▮▮▮ of the 9.5 mg/24 hr ANDA Product. |
| 100 | ~~200~~ patches from the ANDA-listed batch ▮▮▮ of the 13.3 mg/24 hr ANDA Product. |
| 200 | ▮▮▮ |

(handwritten bracket: RGA)

IT IS HEREBY FURTHER ORDERED that Defendants ▮▮▮ shall produce the above-referenced materials in the specified quantities to Plaintiffs within 14 days of this Order.*

IT IS HEREBY FURTHER ORDERED that the parties shall meet and confer and submit a proposed redacted version of this Order to the Court for public filing within three (3) days.

_/s/ Richard G. Andrews_
United States District Judge

*Or, as has been represented for three of the items (D.I. 57 at 2), submit a statement under oath that Novogen ▮▮▮ do not have the items. /RGA/