IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD. and LTS LOHMANN THERAPIE-SYSTEME AG<br><br>Plaintiffs,<br><br>v.<br><br>ALVOGEN PINE BROOK, INC. and ALVOGEN GROUP, INC.<br><br>Defendants. | C.A. No. 1:13-00052-RGA<br>(consolidated)<br><br>CONFIDENTIAL --<br>FILED UNDER SEAL<br>PURSUANT TO PROTECTIVE<br>ORDER ENTERED IN<br>C.A. NO. 13-52-RGA |

### [PROPOSED] ORDER ENFORCING A THIRD-PARTY SUBPOENA

WHEREAS Plaintiffs served a subpoena *duces tecum* ("Subpoena") dated September 17, 2013 on third party Henkel Corporation in connection with the above-captioned matter;

WHEREAS Plaintiffs on February 6, 2014 filed a motion to compel ("Motion") Henkel Corporation's compliance with the Subpoena;

WHEREAS the Court has considered the Motion, and the arguments of Plaintiffs and Henkel Corporation presented upon the Motion;

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED (D.I. 98) IN PART; and

2. Henkel Corporation shall have seven (7) days from the date of this order to produce to Plaintiffs the documents and things requested in categories 10, 11, 17, and 18 of the Subpoena. /RJA/

IT IS SO ORDERED, this 1st day of May, 2014.

_____
United States District Court Judge