IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD. and LTS LOHMANN THERAPIE-SYSTEME AG, : : : : : : : Plaintiffs, : : v. : : ALVOGEN PINE BROOK, INC. and : ALVOGEN GROUP, INC., : : Defendants. : | C.A. No. 1:13-cv-00052-RGA |

**DEFENDANTS' MOTION AND ORDER FOR ADMISSION
*PRO HAC VICE* OF DELPHINE KNIGHT BROWN**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Delphine Knight Brown of Axinn, Veltrop & Harkrider LLP to represent defendants Alvogen Pine Brook, Inc. and Alvogen Group, Inc. Payment in the amount of $25.00 has been previously submitted to the Clerk's office.

PROCTOR HEYMAN LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (# 3630)
E-mail: dgattuso@proctorheyman.com
300 Delaware Ave., Suite 200
Wilmington, DE 19801
(302) 472-7300

*Attorney for Defendants
Alvogen Pine Brook, Inc. and Alvogen Group, Inc.*

OF COUNSEL:

AXINN, VELTROP & HARKRIDER LLP
Chad A. Landmon
E-mail: clandmon@axinn.com
Thomas K. Hedemann
E-mail: thedemann@axinn.com
90 State House Square, 9th Floor
Hartford, CT 06103-3704
(860) 275-8100

AXINN, VELTROP & HARKRIDER LLP
Delphine Knight Brown
E-mail: dknightbrown@axinn.com
Thara L. Russell
E-mail: trussell@axinn.com
114 West 47th Street
New York, NY 10036
(212) 728-2200

Dated: May 1, 2014

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Delphine Knight Brown of Axinn, Veltrop & Harkrider LLP to represent defendants Alvogen Pine Brook, Inc. and Alvogen Group, Inc. is granted.

DATED this _____ day of May, 2014.

_____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Connecticut and the State of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office prior to the filing of this motion.

*/s/ Delphine Knight Brown*
Delphine Knight Brown, Esquire
dknightbrown@axinn.com
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street, 22nd Floor
New York, NY 10036
(212) 728-2200

Date: May 1, 2014