IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD. and LTS LOHMANN THERAPIE-SYSTEME AG,<br><br>Plaintiffs,<br><br>v.<br><br>ALVOGEN PINE BROOK, INC. and ALVOGEN GROUP, INC.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  C.A. No. 1:13-cv-00052-RGA |

## **ORDER**

**THIS MATTER**, having come before the Court on the Motion of Defendants Alvogen Pine Brook, Inc. and Alvogen Group, Inc. (collectively "Alvogen"), by counsel, Proctor Heyman LLP and Axinn, Veltrop & Harkrider LLP, for the entry of an Order granting Defendants' Motion for Leave to File a Motion for Summary Judgment of Noninfringement, and the Court having consider the papers submitted in support of the Motion, and for good cause shown;

**IT IS** on this _____ day of _____, 2014;

**ORDERED** that Defendants' Motion for Leave to file a Motion for Summary Judgment of Noninfringement be and hereby is **GRANTED**.

_____
Honorable Richard G. Andrews, U.S.D.J
