IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD. and LTS LOHMANN THERAPIE-SYSTEME AG, <br><br> Plaintiffs, <br><br> v. <br><br> ALVOGEN PINE BROOK, INC. and ALVOGEN GROUP, INC., <br><br> Defendants. | C.A. No. 1:13-cv-00052-RGA |

## JOINT STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs Novartis Pharmaceuticals Corporation, Novartis AG, Novartis Pharma AG, Novartis International Pharmaceutical Ltd. and LTS Lohmann Therapie-Systeme AG (collectively, "Plaintiffs") and Defendants Alvogen Pine Brook, Inc. and Alvogen Group, Inc. (collectively, "Alvogen") that:

1. Plaintiffs' claim in the Complaint (D.I. 1), dated March 7, 2013, concerning Alvogen's 13.3 mg/24 hr dosage strength rivastigmine transdermal system, **be dismissed without prejudice**;

2. Alvogen's counterclaims in the Answer and Counterclaims (D.I. 13), dated March 26, 2013, **be dismissed without prejudice**; and

3. The parties shall bear their own costs and attorneys' fees.

Dated: June 24, 2014

| McCARTER & ENGLISH, LLP. | PROCTOR HEYMAN LLP |
|---|---|
| /s/ *Daniel M. Silver* | /s/ *Dominick T. Gattuso* |
| Michael P. Kelly (#2295) | Dominick T. Gattuso (# 3630) |
| Daniel M. Silver (#4758) | 300 Delaware Ave., Suite 200 |
| Renaissance Centre | Wilmington, DE 19801 |
| 405 N. King Street, 8th Floor | (302) 472-7300 |
| Wilmington, Delaware 19801 | dgattuso@proctorheyman.com |
| (302) 984-6300 | |
| mkelly@mccarter.com | *Attorney for Defendants Alvogen Pine Brook,* |
| dsilver@mccarter.com | *Inc. and Alvogen Group, Inc.* |

*Attorneys for Plaintiffs Novartis Pharmaceuticals Corporation, Novartis AG, Novartis Pharma AG, Novartis International Pharmaceutical Ltd. and LTS Lohmann Therapie-Systeme AG.*

OF COUNSEL:

Nicholas N. Kallas
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
(212) 218-2100
nkallas@fchs.com

OF COUNSEL:

Chad A. Landmon
Thomas K. Hedemann
AXINN, VELTROP & HARKRIDER LLP
90 State House Square, 9th Floor
Hartford, CT 06103-3704
(860) 275-8100
clandmon@axinn.com
thedemann@axinn.com

Thara L. Russell
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
(212) 728-2200
trussell@axinn.com

IT IS SO ORDERED, this 7th day of July, 2014

*Richard G. Andrews*
The Honorable Richard G. Andrews
United States District Judge